08 JUN 24 AM 11: 11

ECL DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

July 2007 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. JOSE LUIS SALDANA-RODRIGUEZ, Defendant. | Criminal Case No. '08 CR 2104 L<br>**I N D I C T M E N T**<br>Title 8, U.S.C., Sec. 1324(a)(1)(A)(ii) - Transportation of Illegal Aliens; Title 8, U.S.C., Sec. 1324(a)(2)(B)(ii) - Bringing in Illegal Aliens for Financial Gain; Title 18, U.S.C., Sec. 2 - Aiding and Abetting; Title 8, U.S.C., Secs. 1324(a)(1)(A)(ii) and (v)(II) - Transportation of Illegal Aliens and Aiding and Abetting |

The grand jury charges:

Count 1

On or about June 5, 2008, within the Southern District of California, defendant JOSE LUIS SALDANA-RODRIGUEZ, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Martha Reyna-Gilles, had come to, entered and remained in the United States in violation of law, did transport and move said alien within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii).

//

JPME:em:San Diego
6/23/08

Count 2

On or about June 6, 2008, within the Southern District of California, defendant JOSE LUIS SALDANA-RODRIGUEZ, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Martha Reyna-Gilles, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien for the purpose of commercial advantage and private financial gain; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii), and Title 18, United States Code, Section 2.

Count 3

On or about June 6, 2008, within the Southern District of California, defendant JOSE LUIS SALDANA-RODRIGUEZ, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Martha Reyna-Gilles, had come to, entered and remained in the United States in violation of law, did transport and move said alien within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and (v)(II).

Count 4

On or about June 6, 2008, within the Southern District of California, defendant JOSE LUIS SALDANA-RODRIGUEZ, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Maria Angelica Hernandez-Salgado, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien for the purpose of commercial advantage and

private financial gain; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii), and Title 18, United States Code, Section 2.

Count 5

On or about June 6, 2008, within the Southern District of California, defendant JOSE LUIS SALDANA-RODRIGUEZ, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Maria Angelica Hernandez-Salgado, had come to, entered and remained in the United States in violation of law, did transport and move said alien within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and (v)(II).

Count 6

On or about June 6, 2008, within the Southern District of California, defendant JOSE LUIS SALDANA-RODRIGUEZ, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Paul Arroyo-Magana, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien for the purpose of commercial advantage and private financial gain; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii), and Title 18, United States Code, Section 2.

//

//

//

//

Count 7

On or about June 6, 2008, within the Southern District of California, defendant JOSE LUIS SALDANA-RODRIGUEZ, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Paul Arroyo-Magana, had come to, entered and remained in the United States in violation of law, did transport and move said alien within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and (v)(II).

DATED: June 24, 2008.

A TRUE BILL:

Foreperson

KAREN P. HEWITT
United States Attorney

By:
JAMES P. MELENDRES
Assistant U.S. Attorney