UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**PLEASE RECEIPT AND RETURN**

UNITED STATES OF AMERICA,
Plaintiff

vs.

SALDANA - RODRIGUEZ
Defendant(s)

08MJ1786
CRIMINAL NO. 08CR2104 -L

ORDER

RELEASING MATERIAL WITNESS

Booking No.

On order of the United States District/Magistrate Judge, RUBEN B. BROOKS

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

MARIA ANGELICA HERNANDEZ - SALGADO

RECEIVED
2008 JUL -2 P 4: 13
U.S. MARSHAL
SOUTHERN DISTRICT OF CALIFORNIA

DATED: 7/2/08

KNH KNH KNH

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED ____________
DUSM

OR

W. SAMUEL HAMRICK, JR. Clerk
by [signature]
Deputy Clerk
B. LLOYD

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

U.S. GPO: 2003-581-774/70082