KAREN P. HEWITT
United States Attorney
STEWART M. YOUNG
Assistant U.S. Attorney
California State Bar No. 234889
United States Attorney's Office
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-6228

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>JOSE LUIS SALDANA-RODRIGUEZ,<br>Defendant. | Criminal Case No. 08-CR-2104 L<br><br>DATE: July 21, 2008<br>TIME: 2:00 p.m.<br><br>MOTION FOR ORDER SHORTENING TIME |

The United States moves this Court for an order shortening time to response to defendant's motions to 1 (1) day, to be heard July 21, 2008 at 2:00 p.m, or as soon thereafter as counsel may be heard, for the following reason:

1) Undersigned counsel has been in trial since July 15, 2008, in Case No. 07-CR-1430 JAH (Donald Deshotels), which ended on July 17, 2008 in the afternoon. Undersigned counsel has been preparing for trial in Case No. 08-CR-283 IEG which begins on July 22, 2008. Additionally, undersigned counsel received the transcript of defendant's post-arrest interview, which was an issue in defendant's motions, on the afternoon of July 17, 2008, and wanted to include it with the motion response. Given these reasons, undersigned counsel has been unable to submit the response to defendant's motions until today, July 18, 2008.

DATED: July 18, 2008

Respectfully submitted,

KAREN P. HEWITT
United States Attorney

s/Stewart M. Young
Stewart M. Young
Assistant United States Attorney

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>JOSE LUIS SALDANA-RODRIGUEZ,<br>Defendant. | Case No.08-CR-2104 L<br><br>CERTIFICATE OF SERVICE |

IT IS HEREBY CERTIFIED THAT:

I, Stewart M. Young, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of the Motion for Order Shortening Time on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

1. Robert Henssler, Esq.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 18, 2008.

s/Stewart M. Young
Stewart M. Young