**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>JOSE LUIS SALDANA-RODRIGUEZ,<br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Criminal Case No. 08-CR-2104 L<br><br>**ORDER SHORTENING TIME** |

IT IS HEREBY ORDERED that the time for the filing of the Government's Response and Opposition to Defendant's Motions be shortened to 1 day before the date set for motion hearing.

**SO ORDERED.**

DATED: July 21, 2008

M. James Lorenz
United States District Court Judge